UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Nixon Nicolas

          CASE NO.: 8:17-cv-02377-SCB-AEP

   Plaintiff,

   v.

EOS CCA, SALLIE MAE,
NAVIENT SOLUTIONS, LLC,
NELNET, and TEXAS GUARANTEED,

   Defendants.
_____/

**NOTICE OF PENDING SETTLEMENT AS TO NAVIENT SOLUTIONS LLC ONLY**

     Defendant, Navient Solutions, LLC ("NSL"), through undersigned counsel, hereby submits this Notice of Pending Settlement and states NSL and plaintiff have reached a settlement with regard to this case as to NSL only and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: February 27, 2018

          Respectfully submitted,

          /s/Michael P. Schuette
          Michael P. Schuette, Esq.
          Florida Bar No. 0106181
          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
          3350 Buschwood Park Drive, Suite 195
          Tampa, FL 33618
          Telephone: (813) 890-2472
          Facsimile: (866) 466-3140

mps@sessions.legal

*Attorneys for Defendant
Navient Solutions LLC*

## CERTIFICATE OF SERVICE

I certify that on this 27th day of February 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system and U.S. First Class Mail including plaintiffs' counsel as described below. Parties may access this filing through the Court's system.

| | |
|---|---|
| William Peerce Howard, Esq.<br>Heather H. Jones, Esq.<br>The Consumer Protection Firm, PLLC<br>210 A South MacDill Avenue<br>Tampa, Florida 33609<br>Billy@TheConsumerProtectionFirm.com<br>Heather@TheConsumerProtectionFirm.com | David C. Borucke, Esq.<br>Barry A. Postman, Esq.<br>Florida Bar No. 991856<br>COLE, SCOTT, & KISSANE, P.A.<br>1645 Palm Beach Lakes Blvd., 2nd Floor<br>West Palm Beach, FL 33401<br>David.Borucke@csklegal.com<br>Barry.Postman@csklegal.com<br>Rhonda.Bethune@csklegal.com |
| Matthew C. Arentsen, Esq.<br>Brownstein Hyatt Farber Schreck, LLP<br>410 Seventeenth Street, Suite 2200<br>Denver, CO  80202<br>Telephone: (303) 223-1152<br>Email: MArentsen@BHFS.com | Kathryn Throo Williams, Esq.<br>Foley & Lardner, LLP<br>100 N. Tampa St., Ste. 2700<br>Tampa, FL 33602<br>kwilliams@foley.com |
| National Education Loan Network, Inc.<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 | EOS CCA Corporate Headquarters<br>700 Longwater Drive<br>Norwell, MA 02061 |

/s/Michael P. Schuette
Attorney