**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NIXON NICOLAS,

    Plaintiff,

v.                                  CASE NO.: 8:17-cv-02377-SCB-AEP

EOS CCA, SALLIE MAE,
NAVIENT SOLUTIONS, LLC, NELNET and
TEXAS GUARANTEED

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT AS TO SALLIE MAE ONLY**

**PLAINTIFF,** NIXON NICOLAS, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, NIXON NICOLAS, and Defendant, SALLIE MAE, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on this 27th day of March, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                                                Respectfully submitted,

                                                */s/ Heather H. Jones*
                                                Heather H. Jones, Esq.
                                                Florida Bar No. 0118974
                                                William "Billy" Peerce Howard, Esq.
                                                Florida Bar No. 0103330
                                                THE CONSUMER PROTECTION FIRM, PLLC
                                                4030 Henderson Blvd.
                                                Tampa, FL 33629
                                                Telephone: (813) 500-1500, ext. 205
                                                Facsimile: (813) 435-2369
                                                Heather@TheConsumerProtectionFirm.com
                                                Billy@TheConsumerProtectionFirm.com
                                                *Attorney for Plaintiff*