**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NIXON NICOLAS

      Plaintiff,

v.                                                    CASE NO.: 8:17-cv-02377-SCB-AEP

EOS CCA, SALLIE MAE, NAVIENT
SOLUTIONS, LLC, NELNET AND TEXAS
GUARANTEED

      Defendant.

**NOTICE OF PENDING SETTLEMENT WITH REMAINING DEFENDANTS**

**PLAINTIFF,** NIXON NICOLAS, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, NIXON NICOLAS, and the final two Defendants, TEXAS GUARANTEED and EOS CCA, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on this 15th day of June, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

Respectfully submitted,

> */s/ Heather H. Jones*
> Heather H. Jones, Esq.
> Florida Bar No. 0118974
> William "Billy" Peerce Howard, Esq.
> Florida Bar No. 0103330
> THE CONSUMER PROTECTION FIRM, PLLC
> 4030 Henderson Blvd.
> Tampa, FL 33629
> Telephone: (813) 500-1500, ext. 205
> Facsimile: (813) 435-2369
> Heather@TheConsumerProtectionFirm.com
> Billy@TheConsumerProtectionFirm.com
> *Attorney for Plaintiff*